

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

2022 MAY 24  PM 3:37

DEPUTY CLERK _____

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. 4-22CR-153-0 |
| ALEXANDER COLBY LADD (01) | |

## INFORMATION

The United States Attorney Charges:

### Count One

Attempted Possession with Intent to Distribute a Controlled Substance
(Violation of 21 U.S.C. § 846 (21 U.S.C. §§ 841(a)(1) and (b)(1)(B)))

On or about April 5, 2022, in the Fort Worth Division of the Northern District of Texas, defendant **Alexander Colby Ladd** did knowingly and intentionally attempt to possess with the intent to distribute, 50 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

In violation of 21 U.S.C. § 846 (21 U.S.C. §§ 841(a)(1) and (b)(1)(B)).

CHAD E. MEACHAM
UNITED STATES ATTORNEY

*Aisha Saleem* (signature)

AISHA SALEEM
Assistant United States Attorney
State Bar of Texas No. 00786218
801 Cherry Street, Suite 1700
Fort Worth, Texas 76102
Telephone: 817.252.5200
Email: Aisha.Saleem@usdoj.gov

Information - Page 1